# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

## NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>MARIA ALEJOS,<br><br>        Defendant. | MEMORANDUM DECISION<br>AND ORDER<br><br>Case No. 1:07CR63DAK |

      Defendant, Maria Alejos, has filed a motion for early termination of supervised release. Defendant was sentenced to a four-year term of supervised release to begin at the conclusion of her imprisonment. Defendant was released from federal custody and began her term of supervised release on April 16, 2010. Therefore, her supervised release is currently set to terminate on April 16, 2014.

      Pursuant to 18 U.S.C. § 3583(e)(1), after considering the factors set forth in Section 3553(a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(5), and (a)(6), the court may terminate a term of supervised release "at any time after the expiration of one year of supervised release . . . if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice." The factors to be considered in Section 3553(a) are those factors to be considered in imposing a sentence, including "the nature and circumstances of the offense and the history and characteristics of the defendant," the applicable sentencing guidelines and any

policy statements issued by the Sentencing Commission, and the need for the sentence imposed to promote respect for the law, to provide just punishment, to deter other criminal conduct, and to provide the defendant with needed services. *See* 18 U.S.C. § 3553(a).

The court previously denied a motion for early termination because Defendant had not served at least half of her term of supervised release. However, Defendant has now served over three-fourths of her term. The court has contacted Defendant's United States Probation Officer and he supports her motion for early termination of supervised release. Defendant has completed substance abuse treatment, and demonstrates that she is accepting responsibility for her mistakes and desiring to move forward. She has maintained employment consistently and her supervisor states that she continues to do good work. The court appreciates Defendant's desire to visit family outside of Colorado. Defendant has been consistently moving in the right direction. Accordingly, the court grants Defendant's motion for early termination of supervised release.

DATED this 18th day of June, 2013.

BY THE COURT:

_____
DALE A. KIMBALL
United States District Judge